Jacob H. Jaffe, appellee, v. Schluter and Company, Inc., appellant. Gen. No. 37,392.

Opinion filed April 10, 1935.

Winston, Strawn & Shaw, for appellant; Thomas I. Underwood and Douglas C. Moir, of counsel. Alfred M. Loeser and Jaffe & Green, for appellee.

Mr. Justice Hall delivered the opinion of the court.